HARRY GOODROW, Respondent, *v.* THE NEW YORK TIMES COMPANY, Appellant.

(Argued January 9, 1935; decided January 24, 1935.)

*Harold Nathan, Louis M. Loeb* and *Thomas Epstein* for appellant.

*B. Loyal O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.